UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-2
MARCH 13, 2018 SESSION



FILED
MAR 13 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-00048
    18 U.S.C. § 641

BRANDI MOORE

# **I N D I C T M E N T**

The Grand Jury Charges:

From in or about November 2011, through in or about April 2013, in Point Pleasant, Mason County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant BRANDI MOORE did willfully and knowingly steal, purloin, and convert to her own use things of value to the United States, that is, United States Department of Veteran's Affairs pension benefits having a total value of $34,393.

In violation of Title 18, United States Code, Section 641.

MICHAEL B. STUART
United States Attorney

By: _____
ERIC P. BACAJ
Assistant United States Attorney